FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 15-1119M |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | · Allegations of Violations of |
| JOSE SALAZAR-SYLVESTRE, ) | Probation/Supervised Release |
| Defendant. ) | Conditions) |

On arrest warrant issued by the United States District Court for the _District of Arizona_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ✓ ) the appearance of defendant as required; and/or

   B. ( ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _Lack of stable residence_
   _No economic ties to either district_
   _Insufficient Bail resources_
   _Criminal history_

   B. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: _June 23, 2015_

_____
Frederick F. Mumm
United States Magistrate Judge

2